# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br>　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>FERNE KORNFELD; BARRY KORNFELD,<br>　　　　　　　　　　Defendants. | Adv. Proc. No. 19-50906 (BLS) |

## STIPULATION FOR JUDGMENT
## AGAINST FERNE KORNFELD AND BARRY KORNFELD

This *Stipulation for Judgment Against Ferne Kornfeld and Barry Kornfeld* ("Stipulation") is entered into between the following parties (collectively, the "Parties") to the above-captioned adversary proceeding (the "Adversary Proceeding"): Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, (the "Trustee"), and Defendants Ferne Kornfeld and Barry Kornfeld (collectively, "Kornfeld" or "Defendants").

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

## RECITALS

WHEREAS, Plaintiff is the duly appointed trustee of the Woodbridge Liquidation Trust (the "Trust"), successor in interest to the Debtors. Pursuant to Paragraph 5.4 of the Plan, and Article IV of the Liquidating Trust Agreement, the Trustee has the sole authority to pursue and resolve claims transferred to the Trust by the Debtors through the Plan and to seek any and all related relief.

WHEREAS, the Defendants are individuals who reside in Parkland, Florida, and Defendants formerly sold note and unit investments in the Debtors to their clients.

WHEREAS, the Trustee has asserted, among other things, (a) a claim against Defendants, to avoid and recover alleged fraudulent and/or preferential transfers totaling $25,540,644.80 (collectively, the "Transfers"); and (b) that claim numbers 8022 and 8024 (the "Claims") be disallowed, stricken from the claims register and that Defendants take nothing therefrom.

WHEREAS, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has jurisdiction over this adversary proceeding under the Bankruptcy Code pursuant to 28 U.S.C. §§ 157(a) and 1334(a).

WHEREAS this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b) and the Bankruptcy Court may enter final orders for the matters contained herein.

WHEREAS, venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

WHEREAS, the Trustee and Defendants have agreed that the Trustee is entitled to a judgment against the Defendants in the amount of $3,500,000.00 and for disallowance of the Claims (the "Stipulated Judgment").

NOW, THEREFORE, it is hereby stipulated by the Parties that:

1. The Parties request that the Court enter the Order attached hereto as **Exhibit 1** to approve this Stipulation and issue the Judgment attached hereto as **Exhibit 2** in favor of the Trustee in the amount of $3,500,000 and disallowance of the Claims.

2. The parties acknowledge that a monetary judgment in the amount of $3,500,000 has been entered against the Defendants by the SEC, and to the extent the SEC is able to collect on its judgment, such collection amounts will reduce the amount owing to the Trustee pursuant to this Stipulation on a dollar for dollar basis.

3. Notices provided herein shall be sent to Defendants by email and U.S. mail, as follows:

> Barry and Ferne Kornfeld
> 5929 NW 84th Terrace
> Parkland, FL  33067
>
> Jonathan H. Miller, Esq.
> The Sarachek Law Firm
> 101 Park Avenue, 27th Floor
> New York, NY 10178
> Email: jon@saracheklawfirm.com

4. The Trustee is authorized and entitled to file this Stipulation in the Bankruptcy Court and seek entry of the Order and Judgment.

5. Except as provided in this Stipulation, the Parties waive their rights to (a) any trial (jury or otherwise), (b) appeal or (c) otherwise attempt to set aside or attack the Stipulation, the Order or the Judgment, and agree that the Judgment may be entered pursuant to this Stipulation.

6. The Trustee may execute on the Judgment (once entered) without providing notice or opportunity for a hearing.

7. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation, any order of the Bankruptcy Court approving the

Stipulation, and/or any judgment entered by the Bankruptcy Court in connection with the Stipulation.

8. The Parties acknowledge that they have each carefully read and understood this Stipulation in its entirety, and have had the opportunity to seek advice from legal counsel of their own choosing prior to executing the Stipulation.

9. Nothing in this Stipulation shall be deemed to be an admission by Defendants to the allegations contained in this adversary proceeding.

10. Each signatory represents and warrants that he is authorized to execute this Stipulation.

11. This Stipulation may be executed in any number of counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same Stipulation. Delivery of a signature page to this Stipulation by facsimile or other electronic means shall be effective as delivery of the original signature page to this Stipulation.

WHEREFORE, the Parties have executed this Stipulation on the dates shown below.

Dated: __6/26__, 2020

Dated: _____, 2020

WOODBRIDGE GROUP OF
COMPANIES, LLC, et al.

_____
Michael Goldberg
Liquidating Trustee of the Woodbridge
Liquidation Trust

_____
Ferne Kornfeld

_____
Barry Kornfeld

*Signatures Continued on Following Page*

Stipulation, and/or any judgment entered by the Bankruptcy Court in connection with the Stipulation.

8. The Parties acknowledge that they have each carefully read and understood this Stipulation in its entirety, and have had the opportunity to seek advice from legal counsel of their own choosing prior to executing the Stipulation.

9. Nothing in this Stipulation shall be deemed to be an admission by Defendants to the allegations contained in this adversary proceeding.

10. Each signatory represents and warrants that he is authorized to execute this Stipulation.

11. This Stipulation may be executed in any number of counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same Stipulation. Delivery of a signature page to this Stipulation by facsimile or other electronic means shall be effective as delivery of the original signature page to this Stipulation.

WHEREFORE, the Parties have executed this Stipulation on the dates shown below.

Dated: _____, 2020                Dated: _06/24_, 2020

WOODBRIDGE GROUP OF
COMPANIES, LLC, *et al.*

_____
Michael Goldberg
Liquidating Trustee of the Woodbridge
Liquidation Trust

_/s/ Ferne Kornfeld_
Ferne Kornfeld

_/s/ Barry Kornfeld_
Barry Kornfeld

APPROVED AS TO FORM:

Dated: June 25, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
acaine@pszjlaw.com
crobinson@pszjlaw.com

THE SARACHEK LAW FIRM

Jonathan H. Miller
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
Email: jon@saracheklawfirm.com

# **EXHIBIT 1**

(Agreed-Upon Order Approving Stipulation)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                     Plaintiff,<br>     v.<br><br>FERNE KORNFELD; BARRY KORNFELD,<br><br>                     Defendants. | Adv. Proc. No. 19-50906 (BLS) |

## ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST FERNE KORNFELD AND BARRY KORNFELD

The Court having considered the *Stipulation for Judgment Against Ferne Kornfeld and Barry Kornfeld* (the "Stipulation") and the evidence presented in connection with the Stipulation, and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that judgment ("Judgment") shall be entered against defendants Ferne Kornfeld and Barry Kornfeld (collectively, the "Defendants"), and in favor of Michael Goldberg,

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

as Liquidating Trustee of the Woodbridge Liquidation Trust, (the "Trustee"), in the amount of $3,500,000.00 and for disallowance of the claims filed by of the Defendants; and it is further

ORDERED that the Defendants and the Trustee each have waived their respective rights to (a) any trial (jury or otherwise), (b) appeal or (c) otherwise attempt to set aside or attack the Stipulation, this Order or the Judgment, and have agreed that the Judgment may be entered pursuant to the Stipulation and this Order; and it is further

ORDERED that the Trustee may execute on the Judgment without providing notice or opportunity for a hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation, this Order and/or the Judgment.

DOCS_LA:328558.1 94811/003

# **EXHIBIT 2**

(Agreed-Upon Judgment)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FERNE KORNFELD; BARRY KORNFELD,<br><br>　　　　　　Defendants. | Adv. Proc. No. 19-50906 (BLS) |

**JUDGMENT PURSUANT TO STIPULATION OF JUDGMENT
AGAINST FERNE KORNFELD AND BARRY KORNFELD**

In accordance with the *Order Approving Stipulation for Judgment Against Ferne Kornfeld and Barry Kornfeld* (the "Order") and Plaintiff having moved to enter Judgment pursuant to the Stipulation For Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, against Defendants Ferne Kornfeld and Barry Kornfeld in the amount of $3,500,000.00 (the "Principal Amount") and for

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

disallowance of all claims filed against the Debtors by Defendants, including claim nos. 8022 and 8024, which shall be stricken from the claims register in these cases.

2. Post-judgment interest at the federal judgment rate shall accrue on the Principal Amount from the date of entry of this Judgment, and shall be payable by Certified Check to the Trustee.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the Order and/or this Judgment.